IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE UECKER,

    Petitioner,

v.                                                                                                                    Civ. 07-1041 JH/RLP

ANTHONY ROMERO, Warden, *et al.*,

    Respondents.

## ORDER

    THIS MATTER comes before the Court on the Magistrate Judge's Report & Recommendation, and the Petitioner having filed objections thereto, the Court has made a *de novo* review of the record and finds that the objections are not well-taken and that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed with prejudice.

    IT IS SO ORDERED.

                                                             Judith Herrera
                                                             United States District Judge